IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MICHAEL F. DISCH, :
:
    Plaintiff :
:
VS. :
:
Warden, Autry State Prison, : NO. 1:07-CV-12 (WLS)
:
    Defendant : **O R D E R**

**MICHAEL F. DISCH**, a "three-strikes" plaintiff, was previously ordered to: (1) either submit the full filing fee of $350.00 or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*; (2) complete and return a 42 U.S.C. § 1983 complaint form; and (3) explain why he remained in "imminent danger of serious physical injury" at the time he filed this lawsuit. Although plaintiff has partially complied with the Court's order by submitting an IFP affidavit, he has failed to return a completed section 1983 form or to explain why he was in imminent danger of harm. Hence, this Court has no way of evaluating whether plaintiff meets the imminent danger exception of 28 U.S.C. § 1915(g).

Before the Court will consider any of plaintiff's claims, it is first necessary for plaintiff to comply with the Court's order of January 19, 2007, in its entirety. The Clerk of Court is hereby **DIRECTED** to send plaintiff another copy of the Court's January 19th order as well section 1983 forms.

Plaintiff shall have twenty (20) days from his receipt of this order to provide the above

information. If plaintiff fails to respond to this order in a timely manner, the Court will presume that plaintiff wishes to have this case voluntarily dismissed and will dismiss this action, without prejudice.

**SO ORDERED**, this 13th day of March, 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE